IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS**<br><br>      **PLAINTIFF**<br><br>VS-<br><br>**ULTRAGENYX PHARMACEUTICAL, INC**<br>         **DEFENDANT** | Civil Case No.: 1:23-cv-2171 |

## AFFIDAVIT OF SERVICE

**WILL THE CLERK OF THE COURT,** please note that the Defendant **ULTRAGENYX PHARMACEUTICAL, INC** was served with a copy of the **Summonses, Complaint, Jury Trial Prayer and Civil Coversheet** by Certified Mail, Return Receipt Requested, on August 28, 2023 at 8:01 a.m. *Exhibit A*. The Defendant was served at:

Ultragenyx Pharmaceutical, Inc
Serve: CT Corporation
330 North Brand Blvd
Suite 700
Glendale CA 91203

                                                   Respectfully Submitted,

                                                   /s/ Kim Parker_____
                                                   Kim Parker, Esquire
                                                   Federal Bar No. 23894
                                                   LAW OFFICES OF KIM PARKER, P.A.
                                                   2123 Maryland Ave.
                                                   Baltimore, MD 21218
                                                   Telephone: 410-234-2621
                                                   Fax: 443-486-1691
                                                   kp@kimparkerlaw.com

                                                   Christopher A. Seeger*
                                                   Christopher L. Ayers*

Jeffrey S. Grand*
Nigel P. Halliday *
Hillary Fidler*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
cayers@seegerweiss.com
jgrand@seegerweiss.com
nhalliday@seegerweiss.com
hfidler@seegerweiss.com

Ben Crump*
Christopher O'Neal*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW
Floor 2
Washington, DC 20004
Telephone: 860.922.3030
court@bencrump.com
chris@bencrump.com
nabeha@bencrump.com

ATTORNEYS FOR RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS

*Pro-Hac-Vice Application Pending

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August 2023 a copy of the foregoing

Affidavit of Service was mailed first class mail postage prepaid to:

Ultragenyx Pharmaceutical, Inc
Attention: Office of General Counsel
60 Leveroni Court
Novato, CA 94949

/s/ Kim Parker_____
Kim Parker, Esquire