UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| Ron L. Lacks, Personal Representative of the Estate of Henrietta Lacks,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Ultragenyx Pharmaceutical, Inc.,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-2171 |

**NOTICE OF CONSTITUTIONAL QUESTION**

Defendant Ultragenyx Pharmaceutical, Inc. ("Ultragenyx") respectfully files this notice of constitutional question with the Court and gives notice to Anthony G. Brown, Attorney General of Maryland (the "Attorney General"), in accordance with Federal Rule of Civil Procedure 5.1(a). In support of this Motion, Ultragenyx states as follows:

1.　Ultragenyx is today filing in the above-captioned matter a motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) (the "Motion").

2.　The Motion questions the constitutionality of Section 5-204 of the Maryland Code on Courts and Judicial Proceedings.

3.　Specifically, the Motion argues that Section 5-204 violates the Commerce Clause because it discriminates against out-of-state corporations who have not registered with the State of Maryland, barring them from invoking statutes of limitations in their defense to suits in this State.

4.　Neither the State nor one of its agencies or any of its officers or employees are parties to this suit.

5. Ultragenyx will today provide this Notice and a copy of the Motion and supporting Memorandum of Law to the Attorney General at his designated email address, civil_service@oag.state.md.us, in accordance with Rule 5.1(a)(2).

6. The Attorney General has 60 days from receipt of this notice to intervene in this matter.

          Respectfully submitted,

          _____/s/_____

Tonya Kelly Cronin (Bar No. 27166)
BAKER DONELSON
100 Light Street
Baltimore, MD 20001
Tel.:410-862-1049
tykelly@bakerdonelson.com

Andrew T. George (Fed. Bar No. 18755)
BOURELLY, GEORGE + BRODEY PLLC
1050 30th Street, NW
Washington, DC 20007
Tel.: 202-341-8805
andrew.george@bgblawyers.com

Nadira Clarke (Fed. Bar No. 20254)
HOGAN LOVELLS
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-5600
nadira.clarke@hoganlovells.com

*Attorneys for Defendant Ultragenyx Pharmaceutical, Inc.*