UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov

March 3, 2025

## LETTER ORDER

RE:   Lacks v. Ultragenyx Pharmaceutical, Inc.
      DLB-23-2171

Dear Counsel:

A conference call has been set for April 7, 2025 at 11 a.m. to discuss the appropriate schedule in this case. My chambers will circulate call-in information.

Enclosed is a proposed scheduling order with deadlines for your consideration. Please consult with one another and, by April 3, 2025, file a status report that addresses (1) any changes to the dates in the proposed scheduling order; (2) any changes to the proposed number of deposition hours; (3) whether you would like to defer expert discovery until after summary judgment motions are resolved; (4) whether discovery of electronically stored information may be necessary, and if so, counsel should review before the conference the Principles for the Discovery of Electronically Stored Information in Civil Cases, which is available on the Court's website; (5) whether you would like to participate in a settlement conference before or after the completion of discovery and, if you would like an early settlement conference, whether you believe discovery should be stayed pending the conference; and (6) whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Sincerely,

Deborah L. Boardman
United States District Judge