IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS,<br><br>          Plaintiff,<br><br>     v.<br><br>ULTRAGENYX PHARMACEUTICAL, INC.,<br><br>          Defendant. | Case No. 1:23-cv-02171-DLB |

## JOINT STATUS REPORT

The Fourth Circuit having denied the petition for mandamus of Defendant Ultragenyx Pharmaceutical, Inc. (Case No. 25-1240) and pursuant to this Court's direction, the Parties hereby provide a status report addressing topics in response to the Court's Letter Order dated March 3, 2025. Having met and conferred regarding these topics, below are the parties' positions.

**1. Any changes to the dates in the proposed scheduling order.**

The Parties agree that fact discovery should begin upon the Court's entry of the scheduling order, and should run for 7.5 months or 230 days from that date, as follows[1]:

| Day | Event/Deadline |
|---|---|
| Zero | Discovery begins |
| 30 | Moving for joinder of additional parties or amendment of pleadings |
| 30 | Deadline to file protective order and ESI protocol or letters per Court's individual rules outlining areas of dispute |
| 120 | Deadline for substantial completion |
| 165 | Deadline for Plaintiff to serve Parties' Rule 26(a)(2) disclosures together with any expert reports. |

---

[1] Any deadline falling on a Saturday, Sunday, or legal holiday will be moved to the next day that is not a Saturday, Sunday, or legal holiday, in accordance with Fed. R. Civ. P. 6(a)(1)(C).

| | |
|---|---|
| 195 | Deadline for Defendant to serve Parties' Rule 26(a)(2) disclosures together with any expert reports. |
| 225 | Deadline for Plaintiff to serve any reply/rebuttal Rule 26(a)(2) disclosures together with any expert reports. |
| 230 | Any expert depositions complete. |
| 230 | Close of fact discovery deadline, submission of status report |
| 237 | Requests for Admission |
| 250 | Dispositive pretrial motions |
| 250 | Deadline to file any *Daubert* motions. |

a. Expert Discovery:

The Parties agree that expert discovery should take place during the above time period, commencing 45-days after the substantial completion deadline, as detailed above.

**2. Any changes to the proposed number of deposition hours.**

The Parties agree that they should have 30-hours of deposition time to accommodate the complexity of the issues at hand.

**3. Whether the parties would like to defer expert testimony until after summary judgment motions are resolved.**

The Parties agree that expert discovery should occur prior to summary judgment motions as set forth in Section 1 above.

**4. Whether discovery of electronically stored information may be necessary.**

The Parties agree that discovery of electronically stored information will be necessary and will abide by any ESI protocol entered by the Court and the Principles for Discovery of Electronically Stored Information in Civil Cases, available at https://www.mdd.uscourts.gov/sites/mdd/files/ESI-Principles.pdf.

**5. Whether the parties would like to participate in a settlement conference before or on completion of discovery.**

The Parties do not believe that a settlement conference would be productive at this time, as the Parties have already participated in two settlement conferences with no resulting settlement. The Parties are open to an additional settlement conference after meaningful discovery has occurred.

### 6. Whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

The Parties do not unanimously consent to proceed before a U.S. Magistrate Judge for all proceedings.

Respectfully submitted,

_____/s/_____
Kim Parker
Federal Bar No.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Ave.
Baltimore, MD 21218

_____/s/_____
Tonya Kelly Cronin (Bar No. 27166)
BAKER DONELSON
100 Light Street

Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Christopher A. Seeger*
Christopher L. Ayers*
Nigel P. Halliday*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
cayers@seegerweiss.com
nhalliday@seegerweiss.com

Ben Crump*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW
Floor 2
Washington D.C. 20004
Telephone: 860.922.3030
court@bencrump.com
nabeha@bencrump.com

*Attorneys for Plaintiff*

Baltimore, MD 20001
Tel.:410-862-1049
tykelly@bakerdonelson.com

Andrew T. George (Fed. Bar No. 18755)
BOURELLY, GEORGE + BRODEY PLLC
1050 30th Street, NW
Washington, DC 20007
Tel.: 202-341-8805
andrew.george@bgblawyers.com

Nadira Clarke (Fed. Bar No. 20254)
Jo-Ann Tamila Sagar*
HOGAN LOVELLS
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-5600
nadira.clarke@hoganlovells.com
jo-ann.sagar@hoganlovells.com

*Attorneys for Defendant*

*Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served this 13th day of May, 2025, on all counsel of record via the court's ecf filing system.

/s/ Kim Parker
_____
Kim Parker, Esquire