**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

RON L. LACKS, PERSONAL

REPRESENTATIVE OF THE ESTATE OF
HENRIETTA LACKS.

        *Plaintiff*

      v.

ULTRAGENYX PHARMACEUTICAL, INC.

        *Defendant*

Case No. 1:23-cv-02171-DLB

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendant Ultragenyx Pharmaceuticals, Inc. ("Defendant") and Plaintiff Ron L. Lacks,

Personal Representative of the Estate of Henrietta Lacks ("Plaintiff") (collectively, "the Parties")

hereby jointly request that the Court modify the Scheduling Order (ECF 83) and in support thereof,

state as follows:

1.      Plaintiff filed its Complaint on August 10, 2023. (ECF 1).

2.      Defendant filed its Motion to Dismiss the Plaintiff's Complaint on September 15,

2023. (ECF 6).

3.      The Court denied Defendant's Motion to Dismiss on May 20, 2024. (ECF 47).

4.      Defendant filed its Answer to Plaintiff's Complaint on July 8, 2024. (ECF 55). At

the same time, Defendant also filed its Motion for Judgment on the Pleadings. (ECF 57). During

the pendency of that Motion, Defendant also sought the stay of all discovery pending this Court's

ruling. (ECF 63). The Court denied both motions on March 3, 2025. (ECF 77).

5.      On May 19, 2025, the Court issued its initial Scheduling Order. (ECF. 83)

1

6.      Since the entry of the Scheduling Order, the Parties have been meaningfully engaged in discussions over the upcoming deadlines, and in particular, the pending discovery schedule, and have jointly agreed to seek modification of the remaining deadlines to provide the parties with more time to conduct fact and expert discovery. Given the complex issues in this case, and the likely need for significant expert discovery, the Parties have reached a mutual agreement on a proposed schedule, which would more aptly capture the discovery needs of the case and modify the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Deadline for moving for joinder of additional parties and amendment of pleadings and Deadline for filing protective order and ESI protocols or letters per the Court's rules outlining areas of dispute | 6/18/25 | 7/18/25 |
| Deadline for substantial completion | 9/16/25 | 1/16/26 |
| Plaintiff's Rule 26(a)(2) disclosures and expert reports | 10/31/25 | 4/17/26 |
| Defendant's Rule 26(a)(2) disclosures and expert reports | 11/30/25 | 5/18/26 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures and expert reports | 12/30/25 | 6/18/26 |
| 26(e)(2) supplementation of disclosures and responses | 1/5/26 | 6/30/26 |
| Deadline for completing expert depositions | 1/5/26 | 6/30/26 |
| Discovery deadline; submission of status report | 1/5/26 | 6/30/26 |
| Requests for Admission | 1/12/26 | 7/10/26 |
| Dispositive Pretrial Motions Deadline | 1/26/26 | 7/31/26 |

7.      The Parties believe that the requested modification more aptly reflects the discovery needs and complexities of the case and modifying it now at the outset should eliminate the need

for the Parties to request further changes from the Court. The requested modifications will not

prejudice either Party. The Parties make this request in good faith and not for the purpose of delay.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court grant

this Joint Motion and enter an Order modifying the Scheduling Order consistent with the above.


Respectfully submitted,

| | |
|---|---|
| /s/ Kim Parker_____ | /s/ Ty Kelly Cronin |
| Kim Parker (Bar No. 23894) | Tonya Kelly Cronin (Bar No. 27166) |
| LAW OFFICES OF KIM PARKER, P.A. | BAKER DONELSON |
| 2123 Maryland Ave. | 100 Light Street |
| Baltimore, MD 21218 | Baltimore, MD 20001 |
| Telephone: 410-234-2621 | Tel.:410-862-1049 |
| kp@kimparkerlaw.com | tykelly@bakerdonelson.com |

| | |
|---|---|
| Christopher A. Seeger* | Nadira Clarke (Bar No. 20254) |
| Christopher L. Ayers* | Jo-Ann Tamila Sagar* |
| Nigel P. Halliday* | HOGAN LOVELLS |
| SEEGER WEISS LLP | 555 13th Street, NW |
| Road, 6th Floor Ridgefield Park, | Washington, DC 20004 |
| NJ 07660 Telephone: 212-584-0700 | Tel: 202-637-5600 |
| Fax: 212-584-0799 | nadira.clarke@hoganlovells.com |
| cseeger@seegerweiss.com | jo-ann.sagar@hoganlovells.com |
| cayers@seegerweiss.com | |
| nhalliday@seegerweiss.com | *Attorneys for Defendant* |

Ben Crump*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW Floor 2
Washington D.C. 20004
Telephone: 860.922.3030
court@bencrump.com
nabeha@bencrump.com

*Attorneys for Plaintiff*


*Admitted Pro Hac Vice

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2025, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

*/s/*

Tonya Kelly Cronin (Bar No. 27166)