**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS. | |
| *Plaintiff* | Case No. 1:23-cv-02171-DLB |
| v. | |
| ULTRAGENYX PHARMACEUTICAL, INC. | |
| *Defendant* | |

## JOINT STATUS REPORT

Defendant Ultragenyx Pharmaceuticals, Inc. ("Defendant") and Plaintiff Ron L. Lacks, Personal Representative of the Estate of Henrietta Lacks ("Plaintiff") (collectively, "the Parties") hereby file this joint status report and state as follows:

1.      On October 24, 2025, the Parties jointly requested a mediation with the Honorable J. Mark Coulson, United States Magistrate Judge, and a corresponding stay of all deadlines in the operative scheduling order entered on June 23, 2025. (ECF 93).

2.      This Court granted the joint request for mediation, and stayed all deadlines pending the outcome of the mediation. (ECF 94).

3.      At the time the stay was granted, the Parties had just begun discovery. Limited written discovery had been served by both parties, but the Parties were far from substantial completion of written and document discovery, no depositions had been scheduled, and the Parties had not undertaken any expert discovery.

4.      The mediation did not result in a settlement. The Parties now wish to lift the stay and resume litigation.

1

5.      The Parties jointly propose the following dates for a new Scheduling Order:

| Event | Previous Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for substantial completion | 1/16/26 | 9/16/26 |
| Plaintiff's Rule 26(a)(2) disclosures and expert reports | 4/17/26 | 12/17/26 |
| Defendant's Rule 26(a)(2) disclosures and expert reports | 5/18/26 | 1/22/27 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures and expert reports | 6/8/26 | 2/12/27 |
| 26(e)(2) supplementation of disclosures and responses | 6/30/26 | 3/12/27 |
| Deadline for completing expert depositions | 6/30/26 | 3/12/27 |
| Discovery deadline; submission of status report | 6/30/26 | 3/12/27 |
| Requests for Admission | 7/10/26 | 2/12/27 |
| Dispositive Pretrial Motions Deadline | 7/31/27 | 4/12/27 |

6.      The Parties believe the proposed schedule will permit them to efficiently complete discovery.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court enter an order lifting the stay and modifying the Scheduling Order in accordance with the joint schedule proposed in this joint report.

Respectfully submitted,

/s/ Kim Parker
Kim Parker (Bar No. 23894)
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Ave.
Baltimore, MD 21218
Telephone: 410-234-2621
kp@kimparkerlaw.com

/s/ Tonya Kelly Cronin
Tonya Kelly Cronin (Bar No. 27166)
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD 20001
Tel.:410-862-1049
tykelly@bakerdonelson.com

Christopher L. Ayers*
Sbaiti & Company
100 Mulberry St., 3 Gateway Center, Suite 1102,
Newark, NJ 07102
Tel: 973-954-2000
Chris.Ayers@sbaitilaw.com

Ben Crump*
Nabeha Shaer*
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue NW Floor 2
Washington D.C. 20004
Telephone: 860.922.3030
court@bencrump.com
nabeha@bencrump.com

Christopher A. Seeger
Hillary Fidler
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ  07660
Tel: (973) 639-9100
cseeger@seegerweiss.com
hfidler@seegerweiss.com

Nadira Clarke (Bar No. 20254)
HOGAN LOVELLS
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-5600
nadira.clarke@hoganlovells.com

Allison Caplis (Bar No. 27539)
HOGAN LOVELLS
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2784
allison.caplis@hoganlovells.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026 a copy of the foregoing was served

on all counsel of record through the Court's ECF filing system.

*/s/ Tonya Kelly Cronin*
Tonya Kelly Cronin